PER CURIAM.

(No. 75-CC-470— )

JAMES M. ROCHFORD, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed December 31, 1974.*

RICHARD L. CURRY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.